1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SUSAN BITEMAN,

11          Plaintiff,                    No. 2:12-cv-2498 CKD

12      vs.

13
     MICHAEL J. ASTRUE,                   ORDER
14   Commissioner of Social Security,

15          Defendant.

16   _____/

17          Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma

18   pauperis.  Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is

19   unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in

20   forma pauperis will be granted.  28 U.S.C. § 1915(a).

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Plaintiff's request to proceed in forma pauperis (Dkt. No. 2) is granted.

23          2.  The Clerk of the Court is directed to serve the undersigned's scheduling order

24   in social security cases.

25          3.  The Clerk of the Court is further directed to serve a copy of this order on the

26   United States Marshal.

                                  1

1          4.  Within fifteen days from the date of this order, plaintiff shall submit to the

2   United States Marshal a completed summons and copies of the complaint and to file a statement

3   with the court that said documents have been submitted to the United States Marshal.

4          5.  The United States Marshal is directed to serve all process without prepayment

5   of costs not later than sixty days from the date of this order.  Service of process shall be

6   completed by delivering a copy of the summons and complaint to the United States Attorney for

7   the Eastern District of California, and by sending a copy of the summons and complaint by

8   registered or certified mail to the Attorney General of the United States at Washington, D.C.  See

9   Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and

10  complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of

11  the General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA   94105-1545.

12  See Fed. R. Civ. P. 4(i)(2).

13   Dated: October 9, 2012

14                                                    _____

15                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE
16

17  4
    biteman.ifp
18

19

20

21

22

23

24

25

26