UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN D. BITEMAN,<br>  XXX-XX-8351<br><br>                    Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                    Defendant. | Case #  2:12-cv-2498-CKD<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |

    Plaintiff has requested leave to amend the Complaint filed on October 4, 2012 (Docket #1), pursuant to  Fed. R. Civ. P. 15; L.R. 220.  Counsel for Defendant has been contacted and has no objection to this Motion.  It is hereby ORDERED that Plaintiff may file the Amended Complaint.  The answer previously filed January 22, 2013 shall be deemed the answer to the amended complaint.  The time for the filing plaintiff's motion for summary judgment shall not be

////

////

////

////

Order – Page 1
2:12-cv-2498-CKD

extended by this order and shall be filed within the time limits provided under the scheduling order.

Dated: February 27, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Order – Page 2
2:12-cv-2498-CKD