1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration
   JEAN M. TURK CSBN 131517
4  Special Assistant United States Attorney
        160 Spear Street Suite 800
5       San Francisco, California 94105
        Telephone: (415) 977-8935
6       Facsimile: (415) 744-0134
7
8  Attorneys for Defendant

9              **UNITED STATES DISTRICT COURT**

10            **EASTERN DISTRICT OF CALIFORNIA**

11               **SACRAMENTO DIVISION**

12

13  SUSAN BITEMAN,                    )  Case No.: 2:12-CV-2498 CKD
                                      )
14              Plaintiff,            )  STIPULATION AND ~~PROPOSED~~ ORDER
                                      )  SETTLING ATTORNEY'S FEES
15         vs.                        )  PURSUANT TO THE EQUAL ACCESS TO
                                      )  JUSTICE ACT, 28 U.S.C.
16  CAROLYN W. COLVIN,                )  § 2412(d)
    Acting Commissioner of Social Security, )
17                                    )
                Defendant.            )
18  _____ )

19

20       IT IS HEREBY STIPULATED by and between the parties through their undersigned

21  counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

22  Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND

23  TWO HUNDRED DOLLARS ($6,200.00).  This amount represents compensation for legal

24  services rendered on behalf of Plaintiff by counsel in connection with this civil action, in

25  accordance with 28 U.S.C. § 2412(d).

26       After the Court issues an order for reimbursement of EAJA fees and expenses to Plaintiff,

27  the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to

28  Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the

assignment will depend on whether the fees, expenses and costs are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees, expenses and costs is entered, the government will determine whether they are subject to any offset.

This EAJA award for reimbursement of attorney fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Dellert and Baird PLLC, pursuant to the assignment executed by Plaintiff.  Any payments made shall be mailed to Plaintiff's counsel at: Dellert and Baird Law Offices, PLLC, 9481 Bayshore Drive NW, Ste. 203, Silverdale, WA 98383.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: January 15, 2014

Respectfully submitted,
/s/ Jacqueline A. Forslund
JACQUELINE A. FORSLUND
Dellert and Baird, PLLC
Attorneys for Plaintiff

Dated: January 16, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jean M. Turk
JEAN M. TURK
Special Assistant United States Attorney
Attorney for Defendant.

1

2                                    ORDER

3

4    APPROVED AND SO ORDERED:

5

6    Dated:  January 16, 2014

7                                    _____
                                     CAROLYN K. DELANEY
8                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28